**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Emerson Boyd AUSTIN, Defendant–
Appellant.**

**No. 07–10198.**

United States Court of Appeals,
Ninth Circuit.

Submitted Dec. 17, 2008.*

Filed Dec. 29, 2008.

Kimberly M. Hare, Assistant U.S. Attorney, Phoenix, AZ, for Plaintiff–Appellee.

Marc J. Victor, Esq., Chandler, AZ, for Defendant–Appellant.

Before: GOODWIN, WALLACE, and TROTT, Circuit Judges.

MEMORANDUM **

Emerson Boyd Austin appealed from his jury-trial conviction and 600–month sentence for aggravated sexual abuse, in violation of 18 U.S.C. §§ 1153, 2241(a), and 2246(2)(A) and (2)(D), and sexual abuse of a minor, in violation of 18 U.S.C. §§ 1153, 2243(a) and 2246(2)(A).

Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Austin's counsel filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. Austin filed a pro se supplemental brief and a pro se motion to appoint new counsel. No answering brief has been filed.

The record indicates that Austin is now deceased. Therefore, counsel's motion to withdraw is **GRANTED,** Austin's pro se motion to appoint new counsel is **DENIED,** and we dismiss the appeal as moot.

**DISMISSED.**

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

